Max LOPEZ, Jr., Plaintiff–Appellant,

v.

G.A. SMITH, Warden; Larry Loo, Chief Medical Officer; A. Acevedo, Chief Dental Officer; Patterson, Counselor 4A–2R; R. Keiner, Dentist; M.P. McClure, 4A–2R Appeals Coordinator, Defendants–Appellees.

No. 97–16987.

United States Court of Appeals, Ninth Circuit.

Decided April 12, 1999.

Before: Procter Hug, Jr., Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *Lopez v. Smith*, 160 F.3d 567 (9th Cir.1998) is withdrawn.